**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Shupe, et al., | No. CV-17-00496-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Kroger Company, et al., | |
| Defendants. | |

Plaintiffs have depositions set for June 13, 2018, at 10:00 am for Fry's employees, Kelley Dunn and Lynda Idouraine. On June 1, 2018, Defendant filed a Notice requesting the presence of a court reporter at the depositions. Plaintiff filed a Response that they had not secured a court reporter for the depositions because Defendant has failed to make required discovery disclosures. Plaintiffs plan on cancelling the depositions and filing a Motion to Compel.

On June 6, 2018, Defendant filed a Motion for Protective Order Re: the Location of Depositions. Defendant asks that the noticed depositions be held in the United States District Courthouse because Plaintiff Richard Shupe has a CCP (concealed carry permit) and was carrying his weapon on his person during his deposition. (Motion (Doc. 54) at 2 (citing Ex.B: R. Shupe Depo. at 35 (admitting to carrying his weapon at his deposition).[1] The Defendant wants to ensure the safety of its employees by having the deposition held where participants have to pass through security. The Court also notes that given Richard

---
[1] The Court rules on the motion without a Response from Plaintiffs because the deposition is set for June 13 and the admission made by Richard Shupe is undisputable.

Shupe's apparent practice of routinely carrying his weapon, such participation in the depositions might in itself be intimidating—something antithetical to the truth-seeking goal of a deposition.

Because the depositions are being cancelled by the Plaintiffs, both issues are moot. However, the question of where to hold depositions involving the Plaintiffs will likely arise again in the near future. Therefore, the Court grants the motion. Any depositions involving the Plaintiffs shall be held in the Courthouse in the Court's jury room on any Monday. Plaintiffs shall check with the Court's Judicial Assistant, Mary Ellen Druckenbrod, at 520 205 4560, to ensure the availability of the jury room before noticing any future depositions.

**Accordingly,**

**IT IS ORDERED** that the Motion for Protective Order Re: the Location of Depositions (Doc. 54) is GRANTED.

Dated this 11th day of June, 2018.

Honorable David C. Bury
United States District Judge